UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. FRANK, | 1:11-CV-01175 LJO GSA HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION [Doc. #5] |
| v. | ORDER DISMISSING GROUND ONE |
| JAMES A. YATES, Warden, | ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was reassigned to the undersigned on December 20, 2011.

On August 2, 2011, the Magistrate Judge issued a Findings and Recommendation that recommended Ground One of the petition be DISMISSED as successive. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On August 30, 2011, Petitioner filed objections to the Findings and Recommendation. Petitioner claims the Magistrate Judge erred in concluding that Ground One of the instant petition is essentially the same claim as Ground Four in the prior case Frank v. Yates, Case No. 1:10-CV-01212

1  GSA HC, and therefore successive.  Petitioner's argument is not persuasive.  In both grounds for
2  relief, he alleges the Kern County Superior Court violated his due process rights by destroying the
3  court reporter's notes of the jury trial without complying with certain California statutes.  Ground
4  One of the instant petition is successive of Ground Four of the previously-filed petition.

5  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
6  *novo* review of the case.  Having carefully reviewed the entire file and having considered the
7  objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
8  supported by the record and proper analysis, and there is no need to modify the Findings and
9  Recommendations based on the points raised in the objections.

10  Accordingly, IT IS HEREBY ORDERED that:

11  1. The Findings and Recommendation issued August 2, 2011, is ADOPTED IN FULL;

12  2. Ground One of the Petition for Writ of Habeas Corpus is DISMISSED WITH
13  PREJUDICE; and

14  3. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

15  IT IS SO ORDERED.

16  **Dated:    December 20, 2011**          **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE